# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D18-2061
_____

L.I., Father of A.K.R., Minor
Child,

    Appellant,

    v.

DEPARTMENT OF CHILDREN AND
FAMILIES,

    Appellee.

_____

On appeal from the Circuit Court for Walton County.
Kelvin C. Wells, Judge.

October 5, 2018

PER CURIAM.

    AFFIRMED.

LEWIS, WETHERELL, and WINOKUR, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Jason T. Zandecki, Palm Harbor, for Appellant.

Sarah Rumph of Children's Legal Services, Tallahassee; David A. Davis, Tallahassee; Thomasina Moore and Sara Elizabeth Goldfarb of Guardian ad Litem Program, Tallahassee, for Appellee.